**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA, : No. 39 EAL 2015
:
Respondent :
:
: Petition for Allowance of Appeal from the
: Order of the Superior Court
v. :
:
:
:
CHARLES E. SMITH, JR., :
:
Petitioner :

## ORDER

**PER CURIAM**

**AND NOW**, this 20th day of April, 2015, the Petition for Allowance of Appeal and Application for Leave to File Amendment are **DENIED**.